**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Chasya Gilbody and Dylan McAlister, Defendants,

Of Whom Chasya Gilbody is the Appellant.

In the interest of minor children under the age of 18.

Appellate Case No. 2022-001802

———————————

Appeal From Anderson County
M. Scott McElhannon, Family Court Judge

———————————

Unpublished Opinion No. 2023-UP-242
Submitted June 6, 2023 – Filed June 12, 2023

———————————

**AFFIRMED**

———————————

Jennifer Lynn Mook, of Law Office of Jennifer Mook, LLC, of Aiken, for Appellant.

Andrew Troy Potter, of Anderson, for Respondent.

Kimberly Welchel Pease, of Seneca, for the Guardian ad Litem.

_____

**PER CURIAM:**  Chasya Gilbody appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2022).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Gilbody's counsel.

**AFFIRMED.**[1]

**KONDUROS and VINSON, JJ., and LOCKEMY, A.J., concur.**

_____

[1] We decide this case without argument pursuant to Rule 215, SCACR.